WILLIAM H. WILLIAMS, JR., Respondent, v. THADDEUS J. OSINSKI, Defendant, and RAYMOND STANKIEWICZ, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

ROBERT D. WILLIAMS, Respondent, v. THADDEUS J. OSINSKI, Defendant, and RAYMOND STANKIEWICZ, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

ELSIE E. SPECTOR, Respondent, v. SOLOMON SPECTOR, Appellant.— Order modified to the extent of withholding the examination directed therein pending the trial of the annulment action and as so modified affirmed, with $10 costs and disbursements. All concur. (The order grants plaintiff's motion to examine defendant before trial in a separation action, and to permit an inspection of certain of his books and records.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

JOSEPH LIBERMAN, Appellant, v. EVELYN F. LIBERMAN, Respondent.— Orders affirmed, with $10 costs and disbursements. All concur. (The orders amend a decree of annulment.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED PELLICONE, Appellant.— Judgment of conviction and order affirmed. All concur. (The judgment convicts defendant of the crime of burglary, third degree. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

In the Matter of JAMES J. KANEY et al., Appellants, against NEW YORK STATE CIVIL SERVICE COMMISSION et al., Respondents.— Order affirmed, with $10 costs and disbursements. All concur. (The order denies the application of petitioners and dismisses the petition and amended petition.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [190 Misc. 944.]

FRANCES KREBS, Plaintiff, v. JOHN O. KREBS, Defendant. CHARLES E. HART, Appellant.— Appeal dismissed, without costs, on the ground that the petitioner-appellant is not an aggrieved party and has no right of appeal from the order of the Special Term. All concur. (The order denies a motion by Charles E. Hart to vacate the judgment of annulment awarded plaintiff.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See 274 App. Div. 851.]

LENA BANTLE, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Defendant, and EDWINA SCHENKENBERGER, Impleaded Defendant-Respondent. (Action No. 1.) LENA BANTLE, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Defendant, and EDWINA SCHENKENBERGER, Impleaded Defendant-Respondent. (Action No. 2.) — Judgment affirmed, with costs. All concur. (The judgment awards plaintiff the balance of the amount of insurance policies only after payment of stenographer's fees, costs to both counsel, and payment to the impleaded defendant.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.